IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON  DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

    V.                            Civil No.12-3119

CHARLES D. KOLB, d/b/a COY'S
CLEANING SERVICE; BANK OF THE OZARKS
AND ARKANSAS DEPARTMENT OF FINANCE
AND ADMINISTRATION                                          DEFENDANTS

CLERK'S ORDER OF STIPULATED  DISMISSAL
AS TO DEFENDANT ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION

Now on this 11TH  day of December,  2012, comes the parties Joint Stipulation of dismissal, WITH PREJUDICE  from this law suit,  as to separate defendant Arkansas Department of Finance and Administration ONLY.

Pursuant to Rule 41(a)(1)(A)(ii),  Federal Rules of Civil Procedure, the claims are hereby dismissed with prejudice as to DF&A only and each party shall bear its own costs.

IT IS HEREBY ORDERED:

                                      AT THE DIRECTION OF THE COURT

                                      CHRISTOPHER R. JOHNSON, CLERK

                        BY :     /s/ Sallie Hicks, Deputy Clerk